IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No.   3:20-cr-102 (2) |
| vs. | : | HONORABLE THOMAS R. ROSE |
| KALANI GRIER | : | |
| Defendant. | : | |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 24, 2020 and amends the following condition:

1. *Participate in a location restriction program and abide by all requirements of the program (home detention).*

The amended condition will be ordered as follows:

1. *Participate in a location restriction program and abide by all requirements of the program (curfew with GPS).*

All other bond conditions remain in full force and effect.

Dated: April 4, 2022

*s/Thomas M. Rose*
_____
HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE